RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Julio Alvarez Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00079-NJK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JULIO ALVAREZ LOPEZ, | |
| Defendant. | |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Rick Mula will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 29th day of January, 2024.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Rick Mula
RICK MULA
Assistant Federal Public Defender
Attorney for Julio Alvarez Lopez

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 29, 2024, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                              /s/ Jeremy Kip
                              Employee of the Federal Public Defender