# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JULIO ALVAREZ LOPEZ,<br><br>　　　　　　　Defendant. | Case No. 2:24-mj-00079-NJK<br><br>ORDER<br><br>(Docket No. 12) |

Pending before the Court is a motion asking the Court to hold a hearing so that defense counsel can determine whether Defendant has retained a different attorney and the identity of that other attorney. Docket No. 12. "An attorney who has appeared for a party must be recognized by the court and all parties as having control of the client's case." Local Rule IA 11-6(a). At this juncture, Attorney Mula is counsel of record for Defendant and a hearing does not appear to be warranted to question that status. Accordingly, the motion to hold a hearing is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 16, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE