# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-00034-APG-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Julio Alvarez Lopez, | |
| Defendant(s). | |

Defendant's counsel filed a *motion for a status conference*. ECF No. 16. A few days later, the defendant's counsel filed a *motion to withdraw the motion for a status conference*. ECF No. 17. No one filed an opposition to either motion, and the time to do so has passed.

It is so ordered that:

1. Defendant's *motion to withdraw the motion for a status conference* (ECF No. 17) is granted.

2. Defendant's *motion for a status conference* (ECF No. 16) is withdrawn.

Dated this 26th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge