# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff(s),<br><br>vs.<br><br>Julio Alvarez Lopez,<br><br>               Defendant(s). | 2:24-cr-00034-APG-MDC<br><br>**ORDER SETTING HEARING** |

IT IS ORDERED that the parties shall appear in-person at **1:00 p.m. on August 9, 2024 in Courtroom 3B** for a hearing on the Federal Public Defender's *Motion for Status Conference by Julio Alvarez Lopez*. ECF No. 28.

Dated this 31st day of July 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge