# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-00034-APG-MDC |
| Plaintiff(s), | **ORDER SETTING HEARING** |
| vs. | |
| Julio Alvarez Lopez, | |
| Defendant(s). | |

IT IS ORDERED that the parties shall appear in-person at **1:00 p.m. on April 23, 2025 in Courtroom 3D** for a hearing on the *Motion for Competency Evaluation* (*ECF No. 40*).

Dated: April 11, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge